**FILED**

12/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0526

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 24-0526

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

TAYLOR JEAN CARLSON,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's Second Unopposed Motion to Extension of Deadline to File Appellant's Opening Brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time until January 24, 2025, to file and serve the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 23 2024